## THE STATE v. SCIPIO PETERS.

An indictment for assault with intent to murder, giving venue and time, charged that one "P. in and upon one S. did make an assault, with in- "tent him the said S. feloniously and of his malice aforethought, to "kill and murder." *Held*, that this indictment contains every neces- sary averment, and it was error in the District Court to quash it.

APPEAL from Bowie. Tried below before the Hon. A. H. Latimer.

There is no occasion for a statement of the facts.

*William Alexander, Attorney-General,* for the State.

No brief for the appellee has reached the hands of the re- porter.

WALKER, J. The indictment in this case is well drawn, and contains every necessary averment. (See the State *v.* Croft, 15 Texas, 576, and the State *v.* Buie, decided at the present term.)

The judgment of the District Court in quashing the indict- ment was erroneous, and is therefore reversed and the cause remanded.

Reversed and remanded.